Andrew M. Steinheimer – 200524
asteinheimer@ecplslaw.com
Darrell W. Spence – 248011
dspence@ecplslaw.com
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendants MANN-BRACKEN, LLC, AND ESKANOS & ADLER

## JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>        Plaintiff,<br><br>v.<br><br>MANN-BRACKEN, LLC, ESKANOS & ADLER, a Professional Corporation, IRWIN J. ESKANOS, Esq., DONALD STEBBINS, ESQ., JANET BROWN, ESQ., KURTISS JACOBS, ESQ., JEROME YALON, ESQ., related named individuals, and DOES 1-10 inclusive,<br><br>        Defendants. | Case No.:  SACV 08-00983 AG(ANx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties, and the request of plaintiff, the Court hereby dismisses this case with prejudice.  No party to recover costs or fees.

IT IS SO ORDERED.

Date:  __October 02, 2008__

_____
Hon. Andrew J. Guilford

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause.   My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On October 2, 2008, I served the following document(s) on the parties in the within action:

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail.  The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: | |
| | **BY HAND**:  The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: | |
| X | **VIA FACSIMILE**:  The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: | |
| | **VIA OVERNIGHT SERVICE**:  The above-described document(s) will be delivered by overnight service, to the following: | |

| | |
|---|---|
| Robert Townsend<br>P.O. Box 3330<br>Dana Point, CA 92629<br>Fax:  (949) 495-0580 | Attorneys for<br>In Pro Per |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 2, 2008.

By _____
   Jennifer E. Mueller

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE